ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mohammad Ali Iranmanesh<br>16328 Heathrow Drive<br>Tampa, FL 33647<br>T: (813) 907 1000   Fax: (813) 354 2328 | FILED<br>OCT - 6 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Hamid Nekouie<br>SA03-11668ES<br><br>Debtor. | CASE NUMBER SA03-11668ES<br>HEARING DATE:<br>TIME:<br>PLACE: |
|---|---|

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 3,284.63 _____ which is the sum of all monies deposited with the court on the following date(s) _____
on behalf of the creditor   Mohammad Ali Iranmanesh _____ on claim number(s) _____

2. Please check and complete the applicable subparagraph(s) below:

   ☑ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

*(Continued on next page)*

Motion for Order Releasing Unclaimed Funds - *Page 2*    **F 3011-1**

| In re Hamid Nekouie    SA03-11668ES | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Mohammad Ali Iranmanesh
   16328 Heathrow Drive
   Tampa FL 33647
   Ph# 813-907-1000

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   Same address however never Recieved the check.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

---

*Revised May 2004*    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 3*                F 3011-1

| In re | CHAPTER _____ |
|---|---|
| _____ Debtor. | CASE NUMBER |

(Corporate Seal

if applicable)

Creditor: *MOHAMMAD ALI Iranmanesh*

Type or Print Creditor's Name: *M. Iranmanesh*

Creditor's Address: *16328 HEATHROW Dr.*
*TAMPA, FL 33647*

STATE OF ~~CALIFORNIA~~ *FLORIDA*, COUNTY OF *HILLSborough*

On *September 29th 2008* before me, personally appeared *(insert name and title of the signer)* *Mohammad Ali Iranmanesh*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

(SEAL)
KYLE MILLER
Notary Public - State of Florida
My Commission Expires May 7, 2011
Commission # DD 670777

My commission expires on *05-07-11*

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 3011-1

Motion for Order Releasing Unclaimed Funds - *Page 4*    F 3011-1

In re: Hamid Nekouie

CHAPTER 7

CASE NUMBER SA03-11668ES

_____
Signature of Attorney/Attorney-in-Fact (if appointed)

M-Ali Iranmanesh
Type or Print Name

16328 HEATHROW DR
Address

TAMPA, FL 33647

STATE OF ~~CALIFORNIA~~ FLORIDA, COUNTY OF Hillsborough

On September 12, 2008 before me, personally appeared (insert name and title of the signer) M. Ali Iranmanesh -

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Melanie T. Sunday
Notary Public

(SEAL) Melanie T. Sunday
Commission #DD386828
Expires: Jan 17, 2009
Bonded Thru
Atlantic Bonding Co., Inc.

My commission expires on 1/17/2009

Presented by:

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

Motion for Order Releasing Unclaimed Funds - Page 5     **F 3011-1**

| In re Hamid Nekouie | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER SA03-11668ES |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney
Central District of California
312 North Spring Street
Los Angeles CA 90012

United States Trustee
Central District of California
725 South Figueroa, 26th Floor
Los Angeles CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Charles Daff
2009 N. Broadway
Santa Ana CA 92706

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Hamid Nekouie
24082 Eltoro Rd
Laguna Hills CA 92653

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

9/12/08
Date

_[signature]_
Signature

Mohammad Ali Iranmanesh
Type or Print Name

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

01/29/2001  10:29  9493051568  MOHAMMADI  PAGE 02



Ali's Driver License number I655-541-56-429-0
Florida Driver License Class E
Mohammad Ali Iranmanesh
12102 N. 60th Street
Tampa, FL 33617
DOB: 11-29-1956  Sex: M    HGT: 5-06
Issued: 12-01-2004
Expires: 11-29-2010
REST: A
ENDORSE
Duplicate: 05-18-2006
Safe Driver